No. 2582.—EL PUEBLO, apdo., *v.* RIVERA, aplte. — C. D. Aguadilla. Nov. 12, 1925. Portar armas. Señalándose como único error la insuficiencia de la prueba y apareciendo del examen practicado que dicha prueba era suficiente pues demuestra de modo terminante que el acusado portaba so-

bre su persona un revólver en la fecha y en el sitio mencionados en la acusación, se confirmó la sentencia apelada.